**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

FILED

JUN 1 1 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

| | | |
|---|---|---|
| GONZALO, CORPUS | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | SA-23-CV-01478-OLG |
| | § | |
| DENNIS R. MCDONOUGH | § | |
| SECRETARY, DEPARTMENT OF | § | |
| VETERANS AFFAIRS; | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DATED May 29, 2024—POST STATUS-CONFERENCE ORDER

The Order that Plaintiff file an amended Complainant setting forward any claims asserting:

On August 6, 2021, and November 6, 2021, the Plaintiff filed a Complaint of Employment Discrimination with the Department of Veterans Affairs submitting on VA Form 4939. [1]

Claims: See exhibit 1 (pgs. 1-2)

1. Proposed Removal,

2. Fitness for Duty, and

3. American Disability Act limits an employer's ability to make disability related inquires.

---

[1] VA Form 4939, Investigative Report in the Matter of the EEO Complaint of Discrimination of: Formal Complaint 1-1, pg. 4.

Amendments: The Plaintiff amends his claims, dated August 6, 2021, to include the following claims:

1.  Hostile work environment—work place harassment is a form of employment discrimination that violates Title VII of the Civil Rights Act of 1964,

2.  Age Discrimination in Employment Act of 1967, (ADEA), and

3.  Americans with Disabilities Act of 1990, (ADA).

Respectfully submitted,

/s/ Gonzalo Corpus

GONZALO, CORPUS

Date: June 10, 2024

COMPLAINT CASE NUMBER:

OMB NO.: 2900-0716
EXPIRATION DATE: DEC 31, 2019
RESPONDENT BURDEN: 30 Min.

**VA** Department of Veterans Affairs    **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

| 1. NAME *(Last, first, middle initial)(Please print)* | 3. MAILING ADDRESS | 4a. WORK TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Corpus, Gonzalo | 9110 Mare Hunt<br>San Antonio, Tx 78254 | 2106175300 |

| 2. EMAIL ADDRESS | | 4b. PRIMARY TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| gonzocorpus2006@yahoo.com | | 2108547343 |

| 5. ARE YOU: | 6a. JOB TITLE, SERIES AND GRADE | 7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED |
|---|---|---|
| [X] A VA EMPLOYEE | Medical Instrument Tech<br>GS-0669 | STVHCS<br>7400 Merton Minter Blvd.<br>San Antonio, TX 78229 |
| [ ] AN APPLICANT FOR EMPLOYMENT | 6b. SERVICE/SECTION/PRODUCT LINE | |
| [ ] A FORMER VA EMPLOYEE | Cardiac Medical | |

**NOTE:** For each employment related matter that you believe was discriminatory you must list the bases *(list one or more of the following):*
Race *(Specify)*, Color *(Specify)*, Religion *(Specify)*, Sex *(Male or Female)*, National Origin *(Specify)*, Age *(Provide date of birth)*,
Disability *(Specify)*, Genetic Information *(including family medical history)*, and/or Reprisal for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S)<br>*(What employment related claim(s) - personnel action(s), incident(s), or event(s) caused you to file this complaint? Briefly state the specific claim, personnel action and/or event that caused you to file this complaint. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.)* | 10. DATE OF OCCURRENCE<br>*(Include the most recent date(s))* |
|---|---|---|
| Disability | Proposed Removal | July 16, 2021 |
| | Fitness for Duty | June 9, 2021 |
| | The ADA limits an employer's ability to make disability-related inquiries or require medical examinations at three stages: pre-offer, post-offer, and during employment. The rules concerning disability-related inquiries and medical examinations are different at each stage. | June 9, 2021<br>March 23, 2020 |

11. REMEDIES SOUGHT *(Use an additional sheet of paper if necessary.)*
On June 18, 2020, while working in the VA emergency room, I sustained a traumatic injuries contracting COVID. DOL/OWCP approved my workers' comp claim. Stop reprisal because of my medical disability with continued Fitness for Duty. Stop Reprisal because my disability.

| 12a. DO YOU HAVE A REPRESENTATIVE? | 12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE | 12d. TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| [X] YES  [ ] NO | Dr. Anthony Rogers<br>8506 Chivalry<br>San Antonio, TX 78254 | 210-392-7370 |
| 12b. IF "YES," IS HE OR SHE AN ATTORNEY?<br>[ ] YES  [ ] NO | | 12e. EMAIL ADDRESS<br>arogers7777777@gmail.com |

| 13a. HAVE YOU CONTACTED AN EEO COUNSELOR? | 13b. NAME OF EEO COUNSELOR | 13c. DATE OF INITIAL CONTACT WITH ORM |
|---|---|---|
| [ ] YES  [X] NO | | |

14. *If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)*

| 15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? | 15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? | 16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED. |
|---|---|---|---|
| [ ] YES  [X] NO | | [ ] YES  [ ] NO | |

| 17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? | 17b. IF "YES," PROVIDE THE NAME AND ADDRESS |
|---|---|
| [X] YES  [ ] NO | Christopher Sandals, Director, STVHCS<br>7400 Merton Minter Blvd. |

| 18. SIGNATURE OF COMPLAINANT *(Sign in ink. Do not print)* | 19. DATE |
|---|---|
| | 08/06/2021 |

| VA FORM MAR 2017 **4939** | SUPERSEDES VA FORM 4939, MAR 2013, WHICH SHOULD NOT BE USED. | Exhibit Pg 1 of 2 |

COMPLAINT CASE NUMBER: 2003 - 0671 -2021105159

UMB NO.: 2900-0716
EXPIRATION DATE: DEC 31, 2019
RESPONDENT BURDEN: 30 Min.

| Department of Veterans Affairs | **COMPLAINT OF EMPLOYMENT DISCRIMINATION** |
|---|---|

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

| 1. NAME *(Last, first, middle initial)(Please print)* Corpus, Gonzalo | 3. MAILING ADDRESS 9110 Mare Hunt San Antonio, Tx 78254 | 4a. WORK TELEPHONE NUMBER *(Include Area Code)* 2106175300 |
|---|---|---|
| 2. EMAIL ADDRESS gonzocorpus2006@yahoo.com | | 4b. PRIMARY TELEPHONE NUMBER *(Include Area Code)* 2108547343 |

| 5. ARE YOU: ☒ A VA EMPLOYEE ☐ AN APPLICANT FOR EMPLOYMENT ☐ A FORMER VA EMPLOYEE | 6a. JOB TITLE, SERIES AND GRADE Medical Instrument Tech GS-0669 6b. SERVICE/SECTION/PRODUCT LINE Cardiac Medical | 7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED STVHCS 7400 Merton Minter Blvd. San Antonio, TX 78229 |
|---|---|---|

NOTE: For each employment related matter that you believe was discriminatory you must list the bases *(list one or more of the following)*: Race *(Specify)*, Color *(Specify)*, Religion *(Specify)*, Sex *(Male or Female)*, National Origin *(Specify)*, Age *(Provide date of birth)*, Disability *(Specify)*, Genetic Information *(including family medical history)*, and/or Reprisal for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S) *(What employment related claim(s) - personnel action(s), incident(s), or event(s) caused you to file this complaint? Briefly state the specific claim, personnel action and/or event that caused you to file this complaint. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.)* | 10. DATE OF OCCURRENCE *(Include the most recent date(s))* |
|---|---|---|
| Disability | Proposed Removal Removal @ Fitness for Duty | July 16, 2021 Oct 19, 2021 June 9, 2021 |
| | The ADA limits an employer's ability to make disability-related inquiries or require medical examinations at three stages: pre-offer, post-offer, and during employment. The rules concerning disability-related inquiries and medical examinations are different at each stage. | June 9, 2021 March 23, 2020 |

**11. REMEDIES SOUGHT** *(Use an additional sheet of paper if necessary.)*
On June 18, 2020, while working in the VA emergency room, I sustained a traumatic injuries contracting COVID. DOL/OWCP approved my workers' comp claim. Stop reprisal because of my medical disability with continued Fitness for Duty. Stop Reprisal because my disability.

| 12a. DO YOU HAVE A REPRESENTATIVE? ☒ YES ☐ NO 12b. IF "YES," IS HE OR SHE AN ATTORNEY? ☐ YES ☐ NO | 12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE Dr. Anthony Rogers 8506 Chivalry San Antonio, TX 78254 | 12d. TELEPHONE NUMBER *(Include Area Code)* 210-392-7370 12e. EMAIL ADDRESS arogers7777777@gmail.com |
|---|---|---|

| 13a. HAVE YOU CONTACTED AN EEO COUNSELOR? ☒ YES ☐ NO | 13b. NAME OF EEO COUNSELOR GARfield Norris III | 13c. DATE OF INITIAL CONTACT WITH ORM Sept 2021 |
|---|---|---|

14. *If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)*

| 15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? ☐ YES ☒ NO | 15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? ☐ YES ☐ NO | 16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED. |
|---|---|---|---|
| 17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? ☒ YES ☐ NO | 17b. IF "YES," PROVIDE THE NAME AND ADDRESS Christopher Sandals, Director, STVHCS 7400 Merton Minter Blvd. | | |

| 18. SIGNATURE OF COMPLAINANT *(Sign in ink. Do not print)* | 19. DATE 11/06/2021 |
|---|---|

VA FORM MAR 2017 **4939**   SUPERSEDES VA FORM 4939, MAR 2013, WHICH SHOULD NOT BE USED 000004

Exhibit 1   Pg 2 of 2



Gonzalo Corpus
9110 Marre Hunt
San Antonio, TX 78254

Robert D Green
Assist. U.S. Attourney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

CERTIFICATE OF SERVICE

I certify that on June 10, 2024, I mailed a copy of my response to the agency.

Agency
Robert D. Green
Assistant United States Attorney
Texas Bar No. 24087626
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov

3