# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 12, 2025

Lyle W. Cayce
Clerk

No. 25-50024

GONZALO CORPUS,

*Plaintiff—Appellant,*

*versus*

DEPARTMENT OF VETERANS AFFAIRS,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-1478 - OLG

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 12, 2025, for want of prosecution. The appellant failed to timely file an Appellant's brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary F. Yeager, Deputy Clerk

No. 25-50024

ENTERED AT THE DIRECTION OF THE COURT



A True Copy
Certified order issued Jun 12, 2025

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit